1    JONATHAN MCNEIL WONG, #112224
     jonathan@donahue.com
2    ANDREW S. MACKAY, #197074
     andrew@donahue.com
3    DONAHUE GALLAGHER WOODS LLP
     Attorneys at Law
4    300 Lakeside Drive, Suite 1900
     Oakland, California  94612-3570
5    P.O. Box 12979
     Oakland, California  94604-2979
6    Telephone:     (510) 451-0544
     Facsimile:     (510) 832-1486
7
     Attorneys for Plaintiff
8    BIG O TIRES, LLC

9
     WILLIAM BART BARRINGER, SBN 131756
10   bbaringer@mblaw.com
     THE LAW OFFICES OF MAYOL & BARRINGER
11   1324 J Street
     Modesto, California  95354
12   Telephone:     (209) 544-9555
     Facsimile:     (209) 544-9875
13
     Attorney for Defendant
14   STACEY BROWN

15                       UNITED STATES DISTRICT COURT

16                      EASTERN DISTRICT OF CALIFORNIA

17                              FRESNO DIVISION

18

19   BIG O TIRES, LLC, a Nevada limited           CASE NO.  1:09-cv-01469-OWW-DLB
     liability company, f/k/a/ BIG O TIRES,
20   INC., a Colorado corporation,                **STIPULATED ORDER GRANTING
                                                   PRELIMINARY <u>INJUNCTION AGAINST</u>
21                   Plaintiff,                   <u>STACY BROWN</u>**

22   v.                                           Date:        October 19, 2009
                                                  Time:        10:00 a.m.
23   JASON C. BROWN d/b/a  BIG J TIRES,           Dept.:       3
     f/d/b/a BIG O TIRES #135 and STACY D.        Judge:       Honorable Oliver W. Wagner
24   BROWN,

25                   Defendants.                  Complaint Filed:     August 19, 2009

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com

1  THE COURT, being duly advised in the premises, hereby orders, adjudges and decrees

2  the following:

3     1.    Big O Tires, LLC f/k/a Big O Tires, Inc. ("Big O") and Jason C. Brown

4  ("Defendant") entered into a franchise agreement in January, 2004 (the "Agreement").

5     2.    Big O contends that Stacy D. Brown ("Guarantor") guaranteed each and every

6  covenant in the Franchise Agreement.

7     3.    Big O owns the following service and trademarks (collectively the "Marks"):

8          a.    BIG-O, Registration Number 993,415, registered September 24, 1974;

9          b.    BIG O, Registration Number 994,466, registered October 1, 1974;

10         c.    BIG O TIRES and design, Registration Number 1,611,160, registered

11  August 28, 1990;

12         d.    BIG O TIRES and design, Registration Number 2,834,058, registered April

13  20, 2004;

14         e.    BIG O TIRES and design, Registration Number 2,821,053, registered

15  March 9, 2004;

16         f.    WWW.BIGOTIRES.COM, Registration Number 2,514,975, registered

17  December 4, 2001;

18         g.    A REPUTATION YOU CAN RIDE ON, Registration Number 1,845,544,

19  registered February 22, 1993; and

20         h.    BIG FOOT 60, Registration Number 1,102,058, registered September 12,

21  1978.

22     4.    Big O also has a trade dress that consists of the overall layout of the franchised

23  locations including decorative maroon, black and white stripes, a red and white interior, uniforms

24  with red shirts and black pants and Big O logos and various point of purchase materials and

25  displays (collectively the "Trade Dress") that its franchisees use.

26     5.    By virtue of the Agreement, Big O licensed Defendant to, among other things, use

27  the Marks and Trade Dress.

28

-1-

PDF created with pdfFactory trial version www.pdffactory.com

6.    On July 10, 2008, Big O terminated the franchise rights of Defendant for uncured monetary defaults and accordingly Defendant's license to use the Marks and Trade Dress ceased. On July 10, 2008, Big O provided notice to the Guarantor that the Defendant's franchise rights were terminated.    Nevertheless, Defendant continued to use the Marks and Trade Dress. Therefore, the Guarantor is preliminarily enjoined as follows:

a.    Pursuant to 15 U.S.C. § 1116, the Guarantor and her officers, agents, servants, employees and attorneys, and those persons in active concert or participating with the Guarantor who receive actual notice of this order by personal service or otherwise are preliminarily enjoined from engaging in the following acts in California and the United States or in foreign commerce:

(i)    Using the Marks and Trade Dress in the advertising or sale of tires and automotive services;

(ii)    Using in any manner any service mark, trademark, trade name, trade dress, words, numbers, abbreviations, designs, colors, arrangements, collocations or any combination thereof which would imitate, resemble or suggest the Marks or Trade Dress;

(iii)    Otherwise infringing the Marks or Trade Dress;

(iv)    Unfairly competing with Big O, diluting the distinctiveness of Big O's well known Marks and Trade Dress and otherwise injuring Big O's business reputation in any manner;

(v)    Publishing any telephone listings using the Marks and any other name containing words confusingly similar with the Marks.

b.    Pursuant to 15 U.S.C. § 1118, the Guarantor is directed to deliver to Big O all signs, advertising materials, forms, labels, prints, packages, wrappers, receptacles and all other materials in possession of or under the control of the Guarantor, that use the Marks or Trade Dress.

7.    The Guarantor is required to return any Big O all manuals and proprietary materials of Big O in her possession including any customer list.

-2-

PDF created with pdfFactory trial version www.pdffactory.com

1      8.      The Guarantor is required to file with the Court and serve on Big O within 30 days

2  after the issuance of this injunction, a report in writing and under oath setting forth in detail the

3  manner and form in which she has complied with this order.

4      9.      Pursuant to Article 27.01 of the Agreement, Big O is not required to post any

5  bond.

6      IT IS SO ORDERED

7

8  Dated: <u>October 16, 2009</u>                        /s/ OLIVER W. WANGER
                                                     Honorable Oliver W. Wanger
9                                                    United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

PDF created with pdfFactory trial version www.pdffactory.com