JONATHAN MCNEIL WONG, #112224
ANDREW S. MACKAY, #197074
DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
300 Lakeside Drive, Suite 1900
Oakland, California 94612-3570
P.O. Box 12979
Oakland, California 94604-2979
Telephone:   (510) 451-0544
Facsimile:   (510) 832-1486

HAROLD R. BRUNO, III
ZACHARY P. MUGGE
ROBINSON WATERS & O'DORISIO, P.C.
1099 18th Street, Suite 2600
Denver, Colorado 80202
Telephone: (303) 297-2600
Facsimile:  (303) 297-2750

Attorneys for Plaintiff
BIG O TIRES, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BIG O TIRES, LLC, a Nevada limited liability company, f/k/a/ BIG O TIRES, INC., a Colorado corporation,<br><br>            Plaintiff,<br><br>v.<br><br>JASON C. BROWN d/b/a BIG J TIRES, f/d/b/a BIG O TIRES #135 and STACY D. BROWN,<br><br>            Defendants. | CASE NO. 1:09-cv-01469-OWW-DLB<br><br>STIPULATION TO [PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION AGAINST STACY BROWN AND ORDER<br><br>Complaint Filed:   August 19, 2009 |

Defendant Stacy D. Brown, directly and by her counsel William Bart Barringer of The Law Offices of Mayol & Barringer, and Plaintiff Big O Tires, LLC, by its counsel Andrew S. MacKay, Esq. of Donahue Gallagher Woods LLP and Harold R. Bruno, III of Robinson Waters & O'Dorisio, P.C., hereby stipulate to the entry of the [Proposed] Order Granting Preliminary Injunction against Defendant Stacy D. Brown. A true and correct copy of the [Proposed] Order Granting Preliminary Injunction is attached hereto as Exhibit A.

IT IS SO STIPULATED.

Dated: September 18, 2008         DONAHUE GALLAGHER WOODS LLP

                                  By: /s/ Andrew S. MacKay
                                      Andrew S. MacKay

                                  and

Dated: September 18, 2008         ROBINSON WATERS & O'DORISIO, P.C.

                                  By: /s/ Harold R. Bruno, III
                                      Harold R. Bruno, III

                                  Attorneys for Defendant
                                  BIG O TIRES, LLC

Dated: September 25, 2009         MAYOL & BARRINGER

                                  By: [signature]
                                      William Bart Barringer
                                      Attorneys for Defendant
                                      STACY D. BROWN

Dated: September 25, 2006         By: [signature]
                                      Stacy D. Brown

IT IS SO ORDERED

Dated: October 16, 2009           /s/ Oliver W. Wanger
                                  United States District Court Judge

-1-

STIPULATION TO [PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION    CASE NO. 1:09-CV-01469-OWW-DLB