Jonathan McNeil Wong, #112224
Andrew S. MacKay, #197074
Donahue Gallagher Woods LLP
Attorneys at Law
300 Lakeside Drive, Suite 1900
Oakland, California  94612-3570
<u>Mail</u>:   P.O. Box 12979
         Oakland, California  94604-2979

Telephone:    (510) 451-0544
Facsimile:    (510) 832-1486

Attorneys for Plaintiff
BIG O TIRES, LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| BIG O TIRES, LLC, a Nevada limited liability company, f/k/a BIG O TIRES, INC., a Colorado corporation,<br><br>　　　　Plaintiff,<br>v.<br><br>JASON C. BROWN d/b/a BIG J TIRES, f/d/b/a Big O Tires #135 and STACY D. BROWN,<br><br>　　　　Defendants. | CASE NO.  09-cv-1469-OWW-DLB<br><br>**ORDER APPROVING STIPULATION RESOLVING CASE** |

　　　　THIS MATTER coming before the Court on the parties' Stipulation and Joint Motion For Approval of Stipulation Resolving Case, and the Court having been duly advised in the premises therein, hereby FINDS and ORDERS as follows:

　　　　1.　　The Stipulation between Big O Tires, LLC ("Big O") and Defendant Stacy D. Brown ("Brown") is APPROVED.

　　　　2.　　Brown is to submit twenty four (24) $100.00 installment payments to Big O by the 5th of each month beginning January 1, 2010 through December 31, 2011 (the Installment Payments").

1
Order Approving Stipulation Resolving Case

PDF created with pdfFactory trial version www.pdffactory.com

3. In the event Brown fails to make an Installment Payment, Brown confesses judgment in favor of Big O in the amount of $7,400.00 less any Installment Payments received by Big O (the "Confession of Judgment").

4. The Court ORDERS that this case be administratively closed as to Defendant Stacy D. Brown, only to be reopened by motion of Big O to enforce the Confession of Judgment if an Installment Payment is not timely received.

SO ORDERED this 25th day of November, 2009.

/s/ OLIVER W. WANGER
United States District Court Judge

2
Order Approving Stipulation Resolving Case

PDF created with pdfFactory trial version www.pdffactory.com