Jonathan McNeil Wong, #112224
Andrew S. MacKay, #197074
Donahue Gallagher Woods LLP
Attorneys at Law
300 Lakeside Drive, Suite 1900
Oakland, California  94612-3570
Mail:   P.O. Box 12979
        Oakland, California  94604-2979

Telephone:   (510) 451-0544
Facsimile:   (510) 832-1486

Harold R. Bruno, III, Esq.
Michael W. Davis, Esq.
Robinson Waters & O'Dorisio, P.C.
1099 18th Street, Suite 2600
Denver, Colorado 80202

Telephone:   (303) 297-2600
Facsimile:   (303) 297-2750

Attorneys for Plaintiff
BIG O TIRES, LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| BIG O TIRES, LLC, a Nevada limited liability company, f/k/a BIG O TIRES, INC., a Colorado corporation,<br><br>    Plaintiff,<br>v.<br><br>JASON C. BROWN d/b/a BIG J TIRES, f/d/b/a Big O Tires #135 and STACY D. BROWN,<br><br>    Defendants. | CASE NO.  09-cv-1469-OWW-DLB<br><br>**ORDER REQUIRING DEFENDANT JASON C. BROWN TO SHOW CAUSE WHY HE SHOULD NOT BE HELD IN CONTEMPT** |

       THIS MATTER coming before the Court on Plaintiff Big O Tires, LLC's Motion for Order to Show Cause Why Defendant Jason C. Brown Should Not be Held in Contempt of Court, and the Court having been duly advised in the premises therein, hereby FINDS and ORDERS as follows:

       1.     On February 1, 2010 this Court held a hearing on Plaintiff Big O Tires, LLC's Motion for Order to Show Cause Why Defendant Jason C. Brown Should Not be Held in

Contempt of Court. Counsel for Plaintiff, Big O Tires, LLC ("Big O") appeared and demonstrated to the Court's satisfaction that defendant Jason C. Brown continues to violate this Court's orders. No appearance was made by defendant Jason C. Brown at this hearing.

2. In particular, on October 19, 2009, this Court issued an order (the "Order") that, among other things, enjoined defendant Jason C. Brown from using Big O's trademarks ("Marks"), Big O's trade dress ("Trade Dress") and marks likely to deceive, cause confusion or cause mistake including the mark, "Big J Tires." In addition, the Court had required defendant Jason C. Brown to assign his business telephone number and customer list to Big O pursuant to the terms of a franchise agreement.

3. Jason C. Brown was personally served with the Order on October 21, 2009.

4. THE COURT FINDS that Jason C. Brown continues to violate the Order by operating a tire store using service marks, trademarks and trade dress that are identical or confusingly similar to Big O's Marks and Trade Dress, including the prohibited mark, "Big J Tires." Jason C. Brown further violates the Order by refusing to tender his customer list to Big O.

5. Accordingly, Big O's Motion for Order to Show Cause Why Defendant Jason C. Brown Should Not be Held in Contempt is hereby GRANTED.

6. IT IS ORDERED that a hearing requiring Jason C. Brown to show cause why he should not be adjudged in contempt is set for February 22, 2010 at 10:00 a.m. in Courtroom 3 of the above titled Court located at 2500 Tulare Street, Fresno, California, 93721. Big O shall personally serve Jason C. Brown with this Order to Show Cause and provide proof of service to the Court.

SO ORDERED this 3rd day of February, 2010.

/s/ OLIVER W. WANGER
United States District Court Judge