Jonathan McNeil Wong, #112224
Andrew S. MacKay, #197074
Donahue Gallagher Woods LLP
Attorneys at Law
300 Lakeside Drive, Suite 1900
Oakland, California 94612-3570
Mail: P.O. Box 12979
      Oakland, California 94604-2979
Telephone:  (510) 451-0544
Facsimile:  (510) 832-1486

Harold R. Bruno, III, Esq.
Michael W. Davis, Esq.
Robinson Waters & O'Dorisio, P.C.
1099 18th Street, Suite 2600
Denver, Colorado 80202
Telephone:  (303) 297-2600
Facsimile:  (303) 297-2750
Attorneys for Plaintiff
BIG O TIRES, LLC

FILED
MAR 04 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| BIG O TIRES, LLC, a Nevada limited liability company, f/k/a BIG O TIRES, INC., a Colorado corporation,<br><br>Plaintiff,<br>v.<br><br>JASON C. BROWN d/b/a BIG J TIRES, f/d/b/a Big O Tires #135 and STACY D. BROWN,<br><br>Defendants. | CASE NO. 09-cv-1469-OWW-DLB<br><br>**STIPULATION AND JOINT MOTION FOR APPROVAL OF STIPULATION RESOLVING CASE** |

Big O Tires, LLC f/k/a Big O Tires, Inc. ("Big O") by and through its undersigned counsel, and Jason C. Brown ("Mr. Brown"), hereby submit this Stipulation and Joint Motion for Approval of Stipulation Resolving Case.

1. On February 22, this Court held a contempt hearing regarding Mr. Brown's noncompliance with the order dated October 19, 2009.

2. Before the contempt hearing Big O and Brown entered into a settlement resolving

-1-

this case whereby Mr. Brown will accomplish the following by the close of business on March 8, 2010 (the "Settlement Terms"):

a. Provide Big O with his current customer list;

b. Paint the red portion of the Big O power stripe trade dress in the Jay's Tires interior showroom to something other than red;

c. Change the coloring of the Jay's Tires' signage to colors other than red or black; and

d. Change the background of the Jay's Tires' monument signage to a color other than red or black.

3. The Settlement Terms were read on the record at the February 22 contempt hearing.

4. Upon adequate showing by Big O, Mr. Brown will be deemed in contempt of court if he does not comply with each of the Settlement Terms.

WHEREFORE, Big O and Mr. Brown request that the Court approve this Stipulation and Joint Motion for Approval of Stipulation Resolving Case and that this case be administratively closed as to Defendant Jason C. Brown,, only to be reopened by Big O through a motion for contempt proceedings in the event of Mr. Brown's noncompliance with the Settlement Terms.

Respectfully submitted this 25th day of February 2010.

ROBINSON WATERS & O'DORISIO, P.C.

_____
Harold R. Bruno, III
Michael W. Davis
*Attorneys for Big O Tires, LLC*

_____
Jason C. Brown

Jonathan McNeil Wong, #112224
Andrew S. MacKay, #197074
Donahue Gallagher Woods LLP
Attorneys at Law
300 Lakeside Drive, Suite 1900
Oakland, California 94612-3570
Mail:  P.O. Box 12979
       Oakland, California 94604-2979

Telephone:  (510) 451-0544
Facsimile:  (510) 832-1486

Harold R. Bruno, III, Esq.
Michael W. Davis, Esq.
Robinson Waters & O'Dorisio, P.C.
1099 18th Street, Suite 2600
Denver, Colorado 80202

Telephone:  (303) 297-2600
Facsimile:  (303) 297-2750

Attorneys for Plaintiff
BIG O TIRES, LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| BIG O TIRES, LLC, a Nevada limited liability company, f/k/a BIG O TIRES, INC., a Colorado corporation,<br><br>Plaintiff,<br>v.<br><br>JASON C. BROWN d/b/a BIG J TIRES, f/d/b/a Big O Tires #135 and STACY D. BROWN,<br><br>Defendants. | CASE NO. 09-cv-1469-OWW-DLB<br><br>**ORDER APPROVING STIPULATION RESOLVING CASE** |

THIS MATTER coming before the Court on the parties' Stipulation and Joint Motion For Approval of Stipulation Resolving Case, and the Court having been duly advised in the premises therein, hereby FINDS and ORDERS as follows:

1.  The Stipulation between Big O Tires, LLC ("Big O") and Defendant Jason C.

1
Order Approving Stipulation Resolving Case

Brown ("Mr. Brown") is APPROVED.

2. Mr. Brown will accomplish the following by the close of business on March 8, 2010 (the "Settlement Terms"):

    a. Provide Big O with his current customer list;

    b. Paint the red portion of the Big O power stripe trade dress in the Jay's Tires interior showroom to a color other than red;

    c. Change the coloring of the Jay's Tires' signage to colors other than red or black; and

    d. Change the background of the Jay's Tires' monument signage to a color other than red or black.

3. Upon an adequate showing by Big O of noncompliance with this order, Mr. Brown will be deemed in contempt of court.

4. The Court ORDERS that this case be administratively closed as to Defendant Jason C. Brown, only to be reopened by Big O through a motion for contempt proceedings in the event of Mr. Brown's noncompliance with the Settlement Terms.

SO ORDERED this ___ day of March, 2010.

Oliver W. Wanger
United States District Court Judge
Eastern District of California